IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3039 |
| vs. | |
| ANTHONY TODD WEVERKA, | ORDER |
| Defendant. | |

Defendant has moved to continue the trial, (Filing No. 30), because Defendant has a pending motion to dismiss and the parties are engaged in plea negotiations. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 30), is granted.

2) Trial of this case is continued pending resolution of Defendant's motion to dismiss.

Dated this 11th day of August, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge