IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:17CR-3039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WAIVER AND AFFIDAVIT |
| | ) | OF SPEEDY TRIAL |
| ANTHONY TODD WEVERKA, | ) | |
| | ) | |
| Defendant. | ) | |

I, Anthony Todd Weverka, the Defendant herein, do hereby understand that I have a right to have my case tried pursuant to the Speedy Trial Act and I understand that any time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act as found in 18 U.S.C. § 3161 et seq.

That furthermore, being advised by counsel as to why he is seeking a continuance and with understanding and knowledge, I agree to waive my right to speedy trial, and I further agree that my attorney should be granted a continuance in order to prepare for trial.

That furthermore, I believe that if my attorney is granted a continuance, that it will be in my best interests and it will serve the ends of justice.

FURTHER AFFIANT SAYETH NOT.

DATED this 13th day of September, 2017.

_____
ANTHONY TODD WEVERKA, Defendant

SUBSCRIBED AND AFFIRMED to before me this 13th day of September, 2017.

_____
NOTARY PUBLIC

GENERAL NOTARY - State of Nebraska
ROBYN D HERMES
My Comm. Exp. September 7, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2017, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Jan Sharp, Assistant United States Attorney

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

N/A

s/Stuart J. Dornan
STUART J. DORNAN, #18553
Attorney for Defendant

2