IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3039 |
| vs. | |
| ANTHONY TODD WEVERKA, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 42). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment with prejudice.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 42) is granted.

2. The indictment is dismissed with prejudice.

3. This case is closed.

Dated this 1st day of July, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge